1  RONALD WILCOX, Bar No. 176601
   ATTORNEY AT LAW
2  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
3  Tel: (408) 296-0400
   Fax: (408) 296-0486
4
5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JERRY LEE, ) | *E-FILED - 5/10/07* |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 07-00937 RMW |
| ) | **STIPULATION TO MEDIATE** |
| SOUTHWEST CREDIT SYSTEMS, L.P., ) | **AND [PROPOSED] ORDER** |
| Defendant. ) | |

The parties hereby stipulate to use the ADR Unit's Mediation Program.

_____     5/4/07
Ronald Wilcox, Attorney for Plaintiff     Date

_____     5-3-07
Michael Williams, Attorney for     Date
Defendant

### [PROPOSED] ORDER

The parties are hereby referred to the Court's ADR Unit for Mediation.

**IT IS SO ORDERED.**

Date  5/10/07

_Ronald M. Whyte_
HON. RONALD M. WHYTE

STIPULATION TO MEDIATE and [PROPOSED] ORDER                            1