1  RONALD WILCOX, Bar No. 176601
   ATTORNEY AT LAW
2  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
3  Tel: (408) 296-0400
   Fax: (408) 296-0486
4
5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 5/10/07*

JERRY LEE,

    Plaintiff,

    vs.

SOUTHWEST CREDIT SYSTEMS, L.P.,

    Defendant.

Civil Action No. 07-00937 RMW

**STIPULATION TO CONTINUE 5/26/07 CMC to 6/8/07, AND [PROPOSED] ORDER**

Due to a scheduling conflict, the parties hereby stipulate to continue the May 25, 2007 Case Management Conference to June 8, 2007.

_____    5/9/07
Ronald Wilcox, Attorney for Plaintiff    Date

_____    5-9-07
Michael Williams, Attorney for    Date
Defendant

**[PROPOSED] ORDER**

The May 25, 2007 Case Management Conference is hereby continued to June 8, 2007.

**IT IS SO ORDERED.**

Date 5/10/07

*Ronald M. Whyte*
HON. RONALD M. WHYTE

STIPULATION TO CONTINUE 5/25/07 CMC to 6/8/07 AND [PROPOSED] ORDER    1