```
1  RONALD WILCOX, Bar No. 176601
   ATTORNEY AT LAW
2  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
3  Tel: (408) 296-0400
   Fax: (408) 296-0486
4
5  Attorney for Plaintiff
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JERRY LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHWEST CREDIT SYSTEMS, L.P.,<br><br>    Defendant. | *E-FILED - 6/5/07*<br><br>Civil Action No. 07-00937 RMW<br><br>**STIPULATION TO CONTINUE 6/8/07 CMC AND [PROPOSED] ORDER** |

The parties submitted a Joint Case Management Statement on May 10, 2007. At the request of the parties the Court continued the Case Management Conference to June 8, 2007. The parties have stipulated to attend mediation and have been cooperating on discovery. Defendant has a conflict with the June 8, 2007 Case Management Conference. The parties respectfully request the Case Management Conference be continued for 90-days, with the parties to return after the mediation session.

_____      5/29/07
Ronald Wilcox, Attorney for Plaintiff      Date

_____      May 28, 2007
Michael Williams, Attorney for      Date
Defendant

STIPULATION TO CONTINUE 6/8/07 CMC AND [PROPOSED] ORDER                                1

## [PROPOSED] ORDER

The June 8, 2007, Case Management Conference is hereby continued to September 7, 2007.

The parties shall proceed to the ADR Unit's Mediation program.

**IT IS SO ORDERED.**

Date 6/5/07

*Ronald M. Whyte*
HON. RONALD M. WHYTE