1  RONALD WILCOX, Bar No. 176601
   2160 The Alameda, First Floor, Suite F
2  San Jose, CA 95126
   Tel: 408-296-0400
3  Fax: 408-296-0486

4

5                  U.S. DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
6                   SAN JOSE DIVISION      ***E-FILED - 8/20/07***

7

8  JERRY LEE,                        )  Case No.: 07-00937-RMW
                                     )
9          Plaintiff,                )  AGREED MOTION TO DISMISS AND
                                     )  [] ORDER
10     v.                            )
                                     )
11 SOUTHWEST CREDIT SYSTEMS, L.P.,   )
                                     )
12         Defendants.               )
                                     )
13                                   )

14     In light of the settlement between the parties, PLAINTIFF hereby moves this Court to

15 dismiss this action with prejudice.  Defendant, through its attorney, has agreed to the granting of

16 this motion.

17 Respectfully,

18
   /s/ Ronald Wilcox                    8/2/07
19 Ronald Wilcox, Plaintiff's counsel   Date

20

21

22

23

24

25

**[] ORDER**

On this day the Court considered Plaintiff's Agreed Motion to Dismiss with Prejudice. The Court finds that such motion should be granted.

IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice. The Clerk shall close this file.

Dated: __8/20/07_____

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE